IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RICHARD J. JACKSON,                )
                                   )
       Plaintiff,              )
                                   )   Civil No. 05-260-HU
    v.                           )
                                   )   O R D E R
JO ANNE B. BARNHART,               )
Commissioner of Social Security,   )
                                   )
       Defendant.              )
_____)

    Tim Wilborn
    Wilborn & Associates
    2020-C S. W. Eighth Avenue, PMB #294
    West Linn, Oregon 97068

        Attorney for Plaintiff

    Karin Immergut
    United States Attorney
    District of Oregon
    Neil J. Evans
    Assistant United States Attorney
    888 S. W. Fifth Avenue, Suite 1000
    Portland, Oregon 97204-2024

Carol A. Hoch
Special Assistant United States Attorney
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, Washington 98104

    Attorneys for Defendant

KING, Judge:

The Honorable Dennis Hubel, United States Magistrate Judge, filed Findings and Recommendation on October 13, 2005. The matter is before this court. <u>See</u> 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings <u>de novo</u> review. <u>Lorin Corp. v. Goto & Co., Ltd.</u>, 700 F.2nd 1202, 1206 (8th Cir. 1983); <u>See also</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles <u>de novo</u>, I find no error.

Accordingly, I ADOPT Magistrate Judge Hubel's Findings and Recommendation #22.

IT IS HEREBY ORDERED that the Commissioner's Motion to Dismiss (#7) is denied.

DATED this \_\_\_17th\_\_\_ day of November, 2005.

        /s/ Garr M. King
        GARR M. KING
        United States District Judge